# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TAMMY LEE WATSON, Defendant. | CR 19-10-GF-BMM ORDER |

The United States has requested that the Court unseal the case and indictment, and issue an arrest warrant for defendant Tammy Lee Watson, due to her current status in state custody and inability to appear on the summons previously issued by the Court.

Therefore, for good cause shown, IT IS HEREBY ORDERED that the case and indictment filed on March 7, 2019, for defendant Tammy Lee Watson is UNSEALED, the Court will issue an arrest warrant for the defendant, and the initial appearance scheduled for April 4, 2019, is VACATED.

DATED this  18th  day of March 2019.

John T. Johnston
United States Magistrate Judge

1